```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEGRAL CONTRACTING INC.,

                Plaintiff,

              -against-                        1:23-cv-08857-MKV

ALLIED WORLD ASSURANCE COMPANY
(U.S.), INC., and AXIS INSURANCE
COMPANY,

                Defendants.

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been advised by Magistrate Judge Cave that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 1, 2024. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: May 30, 2024
      New York, NY

                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**